IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY J. SCHALL,<br><br>Plaintiff,<br><br>vs.<br><br>NODAK INSURANCE COMPANY,<br><br>Defendant. | 8:22CV317<br><br><br>**DISMISSAL ORDER** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 65.) Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 25th day of April, 2025.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge